# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1161
LT Case No. 2010-CF-7862-A

_____

MARCUS EBRON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

Marcus Ebron, Sneads, pro se.

Ashley Moody, Attorney General, and Michael Schaub,
Assistant Attorney General, Tallahassee, for Appellee.

September 12, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____